IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD A. ROBINSON,
    Plaintiff,

vs.                            Case No.: 3:06cv403/RV/EMT

OFFICER J.G. DAVIS, et al.,
    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 1, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

    Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Plaintiff's Motion for Temporary Injunction (Doc. 7) is **DENIED**.

**DONE AND ORDERED** this 1st day of December, 2006.

                            /s/ _Roger Vinson_
                            **ROGER VINSON**
                            **SENIOR UNITED STATES DISTRICT JUDGE**