IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD ANTHONY ROBINSON,
    Plaintiff,

vs.                                            Case No.: 3:06cv403/RV/EMT

J.G. DAVIS, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 1, 2007.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  Plaintiff's "Motion to Preliminary Injunctions of Defendants" (Doc. 17) is **DENIED**.

**DONE AND ORDERED** this 30th day of March, 2007.

                                              /s/ _Roger Vinson_
                                              **ROGER VINSON**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**