IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD ANTHONY ROBINSON,
    Plaintiff,

vs.                              Case No.: 3:06cv403/RV/EMT

OFFICER J.G. DAVIS, et al.,
    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 3, 2007.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's claims against Defendant Handcock are **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. Plaintiff's claims against the unidentified nurses regarding the denial of adequate medical care are **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4.  The clerk is directed to change the docket to reflect that Officer J.G. Davis, Lt. B.A. Bruner, Assistant Warden A.M. Haskins, John Doe White Officer, John Doe Black Officer, Captain L.K. Marinin, Security Officer O. Dickens, Security Officer S.M. Banasco, and Classification

Officer S.L. Dean are the only Defendants in this action.

    5.  This matter is referred to the assigned Magistrate Judge for service of the third amended complaint on Officer J.G. Davis, Lt. B.A. Bruner, Assistant Warden A.M. Haskins, John Doe White Officer, John Doe Black Officer, Captain L.K. Marinin, Security Officer O. Dickens, Security Officer S.M. Banasco, and Classification Officer S.L. Dean.

    **DONE AND ORDERED** this 7th day of May, 2007.


                      /s/ *Roger Vinson*
                      **ROGER VINSON**
                      **SENIOR UNITED STATES DISTRICT JUDGE**