IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD ANTHONY ROBINSON,
    Plaintiff,

vs.                                                    Case No.: 3:06cv403/RV/EMT

J.G. DAVIS, et al.,
    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 8, 2007.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

    Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Plaintiff's "Motion for a Temporary Injunction for Protecting Him from Assaults" (Doc. 28) is **DENIED**.

    **DONE AND ORDERED** this 11th day of June, 2007.

                                                  /s/ _Roger Vinson_
                                                  **ROGER VINSON**
                                                  **SENIOR UNITED STATES DISTRICT JUDGE**