IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD ANTHONY ROBINSON,
    Plaintiff,

vs.                                                                                  Case No: 3:06cv403/RV/EMT

J. G. DAVIS, et al.,
    Defendants.
_____/

**O R D E R**

    This cause is before the court on Defendants' amended special report (Doc. 102) filed pursuant to a previous order of this Court (Doc. 41).  Defendant Banasco did not join in the filing of the special report because he has not been served with process.[1]  The undersigned concludes that the interests of simplicity and efficiency would best be served by Plaintiff's refraining from filing a response to the special report until the court orders him to do so.

    Accordingly, it is **ORDERED**:

    Plaintiff shall not file a response to Defendants' special report (Doc. 102) until the court orders him to do so.

    **DONE AND ORDERED** this 25th day of January 2008.

    /s/ *Elizabeth M. Timothy*
    **ELIZABETH M. TIMOTHY**
    **UNITED STATES MAGISTRATE JUDGE**

---

[1] Apparently, the United States Marshals Service is in the process of effecting personal service upon this remaining Defendant.