IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD ANTHONY ROBINSON,
    Plaintiff,

vs.                            Case No. 3:06cv403/RV/EMT

OFFICER J.G. DAVIS, et al.,
    Defendants.
_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 23, 2008 (Doc. 143).  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

      Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.  Defendants's motions for summary judgment (Docs. 121, 122) are **GRANTED**.

      3.  The clerk shall enter final judgment in favor of Defendants.

      **DONE AND ORDERED** this 22nd day of January. 2008.


                              /s/ _Roger Vinson_
                              **ROGER VINSON**
                              **SENIOR UNITED STATES DISTRICT JUDGE**